UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THORSTON RAGNER
GEDVICK, JR.,

    Defendant.
_____/

Case No. 2:05-cr-28

HON. R. ALLAN EDGAR

**ORDER OF DETENTION**

    Defendant appeared before the undersigned on September 24, 2014, for an initial appearance on a warrant issued for defendant relative to a Petition for Warrant or Summons for Offender Under Supervision (docket #42), dated September 9, 2014, alleging a violation of the defendant's conditions of supervised release. Defendant was advised that a recommendation for detention pending further proceedings had been made by the defendant's supervising probation officer. Counsel for defendant requested time within which to prepare for a detention hearing. Accordingly, defendant reserves the right to request a hearing at a later date. Defendant will be detained pending further proceedings.

    IT IS SO ORDERED.

Date: September 26, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge